**08 CV 4505**

**JUDGE BUCHWALD**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
FIREMAN'S FUND INSURANCE COMPANY
a/s/o VOLVO DO BRASIL VEICULOS LTDA.,

        Plaintiff,

    - against -

HAMBURG SUD NORTH AMERICA, INC.,

        Defendant.
-----------------------------------------------------------------X

08 Civ.

**F.R.C.P. RULE 7.1 DISCLOSURE STATEMENT**

RECEIVED MAY 14 2008 U.S.D.C. S.D.N.Y. CASHIERS

    NOW comes plaintiff, FIREMAN'S FUND INSURANCE COMPANY a/s/o VOLVO DO BRASIL VEICULOS LTDA., and submits in duplicate its Disclosure Statement pursuant to F.R. Civ. P., Rule 7.1.

    ALLIANZ (NYSE: AZ) is the publicly traded parent company of FIREMAN'S FUND INSURANCE COMPANY. VOLVO DO BRASIL VEICULOS LTDA is an international subsidiary of the Volvo Group (NASDAQ:VOLV).

Dated: New York, New York
       May 14, 2008
       299-686

                          CASEY & BARNETT, LLC
                          Attorneys for Plaintiff

                      By: _____
                          Martin F. Casey (MFC-1415)
                          317 Madison Avenue, 21st Floor
                          New York, NY 10017
                          (212) 286-0225