Buchwald/J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
FIREMAN'S FUND INSURANCE COMPANY
etc et al.                                                                  08 Civ. 4505 (NRB)

          Plaintiff,
                                                                NOTICE AND ORDER OF
    - against -                                                         VOLUNTARY
                                                                  DISCONTINUANCE
HAMBURG SUD NORTH AMERICA, INC.

          Defendants
-----------------------------------------------------------X

       IT IS HEREBY NOTICED that the above-captioned action, in accordance with the provisions of Rule 41(a) of the Federal Rules of Civil Procedure, be and hereby is voluntary dismissed without prejudice and without costs, no party having answered or otherwise appeared in the action.

Dated: New York, New York
       June 18, 2008
       299-686

                                                CASEY & BARNETT, LLC
                                               Attorneys for Plaintiff

                               By:   _/s/ Martin F. Casey_
                                     Martin F. Casey (MFC-1475)
                                     317 Madison Avenue, 21st Floor
                                     New York, New York 10017
                                     (212) 286-0225

SO ORDERED:
_/s/_
U.S.D.J.
6/18/08

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/19/08